[PUBLISH]

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 27, 2009
THOMAS K. KAHN
CLERK

No. 08-10802

(D.C. Docket No. 07-00282-CR-CG)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MATTHEW MASON DODGE,
a.k.a. flow_matt,

Defendant-Appellant.

--------------------------
On Appeal from the United States District Court for the
Southern District of Alabama
--------------------------

(Opinion January 14, 2009, 554 F.3rd 1357, 11th Cir. 2009)

(April 27, 2009)

Before EDMONDSON, Chief Judge, TJOFLAT, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.